

March 20, 2020

Raymond A. Garcia
Direct Dial: 212.806.5485
Fax: 212.806.6006
rgarcia@stroock.com

Hon. Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: <u>Sigall v. Experian Information Solutions, Inc., et al., Case No. 1:19-cv-11456-KPF</u>

Dear Judge Failla:

We represent defendant American Express National Bank ("American Express"), sued as American Express Co., in the above-referenced action. We write together with counsel for plaintiff Chaim Sigall ("Plaintiff") and counsel for Experian Information Solutions, Inc. ("Experian") to jointly request an adjournment of the March 24, 2020 initial status conference. The instant request is submitted in light of the ongoing health pandemic and to accommodate an in-person conference with the Court at a later date to discuss anticipated motions and/or discovery issues. For these reasons, the parties jointly request a 30-day adjournment of the initial conference. The parties have not previously requested any adjournment of the conference. If the Court declines to adjourn the conference, the parties jointly request that they be permitted to appear by telephone.

Respectfully submitted,

*/s/ Raymond A. Garcia*

Raymond A. Garcia

cc: All Counsel (via ECF)

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

Application GRANTED.  The initial pretrial conference currently scheduled for March 24, 2020 is hereby ADJOURNED to April 23, 2020, at 4:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court will endorse the proposed Case Management Plan under separate cover, so discovery may commence in the interim.  If all parties agree to participate in an alternative dispute mechanism, they may write to the Court at that time.

Dated:    March 20, 2020          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE