UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM SIGALL,<br><br>                              Plaintiff,<br><br>                  -v.-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and AMERICAN EXPRESS CO.,<br><br>                              Defendants. | 19 Civ. 11456 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendant American Express Co.'s motion to compel arbitration and stay this case. (Dkt. # 23-25). Plaintiff shall file his opposition papers on or before July 15, 2020. Defendant American Express Co. shall file its reply papers, if any, on or before July 29, 2020.

    SO ORDERED.

Dated:  June 17, 2020
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge